UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN M. DUNN** | **CIVIL ACTION** |
| versus | **NO. 14-0746** |
| **N. BURL CAIN, WARDEN** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Adrian M. Dunn** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  31st  day of    July    , 2014.

_____
UNITED STATES DISTRICT JUDGE